# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

Alan McAbee

CASE/CITATION NO. CA56/630753 1

3:19-mj-00230 mc

McABEE, Alan

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
Weaverville  Ca  96093
CITY   STATE   ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 8-5-2019    _____
                    DEFENDANT'S SIGNATURE

You are hereby placed on 3 years Summary court probation.

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:

[X] Fine: $ 125.00 and a penalty assessment of $ 25.00 for a TOTAL AMOUNT OF: $ 150.00 within 30 days/~~months; or payments of $~~ ___ ~~per month, commencing ___ and due on the ___ of each month until paid in full.~~

( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ ___
~~completed by~~ During the term of probation your are prohibited from entering lands supervised by the Bureau of Land Management.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):

[X] CENTRAL VIOLATIONS BUREAU
PO BOX ~~71363~~ 780549
~~PHILADELPHIA, PA 19176-1363~~
1-800-827-2982  San Antonio, TX
   or    78278
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] ~~CLERK, USDC~~
~~2500 TULARE ST., RM. 1501~~
~~FRESNO, CA 93721-1322~~

[ ] ~~CLERK, USDC~~
~~501 I STREET, STE. 4-200~~
~~SACRAMENTO, CA 95814-2322~~

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 8-5-2019    _____
                    U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET    EDCA-3