UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )   Case No. 3:19-mj-0023 DMC
)
v. )   RELEASE ORDER NO. _____
)
Alan L. McAbee )
)   ORDER FOR RELEASE OF
    Defendant. )   PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

    This is to authorize and direct you to release  Alan L. McAbee

_____, Case No. 3:19-mj-0023 DMC ,

Charge 18 USC 3401(d), violate terms and conditions of probation

from custody. ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:~~

    ____ Release on Personal Recognizance

    ____ Bail posted in the sum of $_____

    ____ Unsecured Appearance Bond

    ____ Appearance Bond with 10% Deposit

    ____ Appearance Bond with Surety

    ____ Corporate Surety Bail Bond

    ____ (Other) _____

    ~~This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".~~

    Issued at Redding, California on 8-14-2019,
~~19~~ at 9:20 a.m./~~p.m.~~

                             By _____
Original - U.S. Marshal                   United States District Judge or
                                       United States Magistrate

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | Case No. 3:19-mj-0093 DMC |
| vs. | GEORGE OF MAGISTRATE |
| Alan L. McAfee | ORDER FOR RELEASE OF PRISON IN CUSTODY |
| Defendant | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __Alan L. McAfee__ Case No. __3:19-mj-0093 DMC__ Charge __18 U.S.C 2252 (a)__ under the terms and conditions of probation set forth _____

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $ _____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other) _____

_____

_____

Issued at __Redding, California__ on __8-19-2019__

at __9:20__ a.m.

By: _____
United States Magistrate Judge or
United States Magistrate

Original - U.S. Marshal